UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL ROBICHAUX and MARY ROBICHAUX**      **PLAINTIFFS**

V.      **CIVIL ACTION NO.1:06CV1165 LTS-RHW**

**NATIONWIDE MUTUAL INSURANCE COMPANY
and JAY FLETCHER INSURANCE**      **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiff's Motion [5] To Remand is **GRANTED;**

That this action is **REMANDED** to the Circuit Court of Jackson County, Mississippi; and

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 21st day of May, 2007.

                                               s/ <u>L. T. Senter, Jr.</u>
                                               L. T. SENTER, JR.
                                               SENIOR JUDGE