UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL ROBICHAUX AND MARY ROBICHAUX**                          **PLAINTIFFS**

**V.**                                        **CIVIL ACTION NO.1:06CV1165 LTS-RHW**

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**and JAY FLETCHER INSURANCE**                                    **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That Defendant Jay Fletcher's Motion for Reconsideration of the Order of Remand [19] is **DENIED**.

**SO ORDERED** this 21st day of September, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE